**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Amils Barnard DREW, a/k/a Amils**
**Bernard Drew, Defendant–**
**Appellant.**

**No. 13–7293.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 22, 2015.

Decided: Jan. 26, 2015.

Thomas P. McNamara, Federal Public Defender, G. Alan DuBois, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. Thomas G. Walker, United States Attorney, Jennifer P. May–Parker, Kristine L. Fritz, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amils Barnard Drew appeals the district court's order granting the Government's motion to dismiss his 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Drew,* Nos. 5:10–cr–

00064–BR–2, 5:12–cv–00517–BR (E.D.N.C. Apr. 30, 2013); *see Whiteside v. United States,* 775 F.3d 180, 2014 WL 7245453 (4th Cir. Dec. 19, 2014) (en banc). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*